416

176 A.3d 220

LISA HUNT, AS GUARDIAN AD LITEM OF HAILEY ROSINA HUNT, A MINOR, AND LISA AND RUSSELL HUNT, AS PARENTS AND NATURAL GUARDIANS OF HAILEY ROSINA HUNT, AND LISA AND RUSSELL HUNT, INDIVIDUALLY, PLAINTIFFS–PETITIONERS, v. VIRTUA HEALTH, INC., VIRTUA WEST JERSEY HOSPITAL VOORHEES, LINDA FARAGASSO, R.N.C., CHRISTINE PEASE, R.N., AND BARBARA JONES, R.N., DEFENDANTS-RESPONDENTS, AND WOMEN'S GROUP FOR OB/GYN, PAMELA KOPELOVE, M.D., JEAN TORRANCE, R.N.C., NOREEN PALMAY, R.N., AND DR. LYNCH, DEFENDANTS.

C–358 September Term 2017
079863

December 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004196–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.